IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:19cr75(2)

JIMMY FLORES,

    JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION FOR RECONSIDERATION OF BOND (DOC. #8 IN CASE NO. 3:19mj206)

---

Following the oral and evidentiary hearing held on the motion of the Defendant, seeking reconsideration of the Detention Order of the United States Magistrate Judge (Doc. #8 in Case No. 3:19mj206), this Court concluded, for reasons set forth upon the record at said hearing, that there exists no condition or combination of conditions such as would rebut the statutory presumption and, in so doing, assure the appearance of the Defendant when necessary and the safety of any other person and/or the community.

May 29, 2019

    WALTER H. RICE
    UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Marie Sebatware, U.S. Pretrial Services Officer